PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
MAR 17 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Michael James Labine**

**Docket No. 0:02CR00071-003(MJD)**

**Petition on Probation**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael James Labine** who was sentenced for Possession with the Intent to Distribute Cocaine on September 17, 2003, by the Honorable Michael J. Davis, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Complete Teen Challenge Program

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

STANDARD CONDITION #11: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

The defendant was cited for Driving After Withdrawal in Hennepin County, Minnesota, on October 31, 2005, and November 7, 2005. He failed to report this law enforcement contact to his probation officer.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 8 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 17th day of March, 2006, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
U.S. Probation Officer

Executed on March 14, 2006
Place Minneapolis

SCANNED
MAR 17 2006
U.S. DISTRICT COURT

c: United States Sentencing Commission