Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Michael James Labine

Docket No. 0:02CR00071-003(MJD)

## HEARING WAIVER

I, Michael James Labine, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 8 hours of community service, as approved by the probation officer.

Signed: Michael J LaBine

Michael James Labine
Supervised Releasee

Dated: 3/8/06

Witness: Dawn Kern

SCANNED
MAR 17 2006
U.S. DISTRICT COURT MPLS