PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
AUG 9 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RECEIVED
AUG 0 3 2006
U.S. PROBATION OFFICE
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Michael James Labine**

**Docket No. 0:02CR00071-003(MJD)**

**Petition on Probation**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael James Labine** who was sentenced for Possession with the Intent to Distribute Cocaine on September 17, 2003, by the Honorable Michael J. Davis, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Complete Teen Challenge Program
Complete 8 hours community service (Modified on March 17, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

STANDARD CONDITION #11: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

The defendant was cited by the Cottage Grove, Minnesota, Police Department on April 8 and 26, 2006, for Driving After Suspension. Additionally, he was arrested on May 14, 2006, for failing to appear for an arraignment on these charges. He failed to notify this officer that he had contact with law enforcement.

On June 25, 2006, the defendant was arrested by the Bloomington, Minnesota, Police Department and charged with Gross Misdemeanor Refusal to Submit to Testing; Misdemeanor Driving Under the Influence of Alcohol; and Misdemeanor Driving After Suspension. The defendant admits refusing to submit to an alcohol test. Additionally, he admitted he failed to notify this officer that he was arrested.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

SCANNED
AUG 1 0 2006
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 2nd day of August, 2006, and ordered filed and made a part of the records ~~in the~~ above case.

Honorable Michael J. Davis
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
U.S. Probation Officer

Executed on July 31, 2006
Place Minneapolis