PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
RECEIVED
07 JAN 29 AM 9:44 FEB 1 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court
for the
**DISTRICT OF MINNESOTA**

**United States v. Michael James Labine**

**Docket No. 0:02CR00071-003(MJD)**

**Petition on Probation**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael James Labine** who was sentenced for Possession with the Intent to Distribute Cocaine on September 17, 2003, by the Honorable Michael J. Davis, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Complete Teen Challenge Program
Complete 8 hours community service (Modified on March 17, 2006)
60 Days Home Confinement (Modified on August 2, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

The defendant was cited by the Edina, Minnesota, Police Department on December 3, 2006, for Driving After Revocation. The defendant admitted driving with a revoked license.

STANDARD CONDITION: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

The defendant has been unemployed since at least September 2006 without approval of this officer. Furthermore, prior to September 2006, his employment was inconsistent.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall comply with the District of Minnesota Offender Employment Policy which may include participation in training, counseling, and/or daily job searching as directed by the probation officer. If not in compliance with the condition of supervision requiring full-time employment at a lawful occupation, the defendant may be required to perform up to 20 hours of community service per week until employed, as approved or directed by the probation officer.

SCANNED
FEB 1 2007

SCANNED
JAN 2 9 2007

The defendant shall perform 16 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 30th day of Jan, 2007, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
Senior U.S. Probation Officer

Executed on January 23, 2007
Place Minneapolis