PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Michael James Labine**

**Docket No. 0:02CR00071-003(MJD)**

**Petition on Probation**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael James Labine**, who was sentenced for Possession with the Intent to Distribute Cocaine on September 17, 2003, by the Honorable Michael J. Davis, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Complete Teen Challenge Program
Complete 8 hours community service (Modified on March 17, 2006)
60 Days Home Detention (Modified on August 2, 2007)
Complete 16 hours community service (Modified on January 30, 2007)
Comply with District of Minnesota Offender Employment Program (Modified on January 30, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

The defendant was cited by the Richfield, Minnesota, Police Department on June 2, 2007, for Driving After Revocation. On June 18, 2007, the defendant admitted to this officer to driving with a revoked driver's license. This constitutes the defendant's sixth driving with a revoked or suspended license charge since October 2005.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 14 days in a community corrections center with work release privileges as approved by the probation officer and shall observe the rules of that facility.

SCANNED
JUN [illegible] 2007
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 19 day of June , 2007, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
Senior U.S. Probation Officer
Telephone: 612-664-5381

Executed on June 19, 2007
Place Minneapolis

Approved:

Curtis L. Stevens
Supervising U.S. Probation Officer

c: United States Sentencing Commission