RECEIVED
JUL 24 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Michael James Labine**

**Docket No. 0:02CR00071-003(MJD)**

**Amended Petition on Probation**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael James Labine**, who was sentenced for Possession with the Intent to Distribute Cocaine on September 17, 2003, by the Honorable Michael J. Davis, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Complete Teen Challenge Program
Complete 8 hours community service (Modified on March 17, 2006)
60 Days Home Detention (Modified on August 2, 2007)
Complete 16 hours community service (Modified on January 30, 2007)
Comply with District of Minnesota Offender Employment Program (Modified on January 30, 2007)

RESPECTFULLY PRESENTING AN AMENDED PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 19, 2007, the Court modified the defendant's conditions of probation to include 14 days community confinement based on the defendant's 6th charge of Driving After Revocation since October 2005.

PRAYING THAT THE COURT WILL ORDER That the defendant is allowed to serve the remaining 5 days of community confinement on home detention.

SCANNED
JUL 2 4 2007
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 23 day of July, 2007, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
Senior U.S. Probation Officer
Telephone: 612-664-5381

Executed on July 20, 2007
Place Minneapolis

Approved:

Curtis L. Stevens
Supervising U.S. Probation Officer

c: United States Sentencing Commission