IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: 02-071-03 MJD/FLN |
| v. | ) | Date: February 4, 2008 |
| | ) | Court Reporter: |
| **Michael James LaBine** | ) | Tape Number: #191 |
| | ) | Time Commenced: 3:28 p.m. |
| Defendant. | ) | Time Concluded: 3:35 |
| | | Time in Court: 7 Minutes |

## APPEARANCES:

Plaintiff: Michael Cheever, Assistant U. S. Attorney
Defendant: Manny Atwal

☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: n/a
Date Charges Filed: 1/18/08 Offense:
☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

☐ **Bond set in the amount of $ unsecured with conditions, see Order Setting Conditions of Release.**

Next appearance date is **2/6/08** at **9:00 a.m.** before U.S. Magistrate Judge Noel for:

☒ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ preliminary revocation

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/*Cathy Orlando*
Judicial Assistant