**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
**Michael James LaBine** )
)
Defendant. )

**COURT MINUTES - CRIMINAL**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge

Case No: CR 02-71-03 MJD
Date: February 6, 2008
Court Reporter: Ron Moen
Tape Number:
Time Commenced: 9:08 a.m.
Time Concluded: 9:21 a.m.
Time in Court: 13 Minutes

☐ **PRELIMINARY HRG ONLY**
☒ **PRELIMINARY/DETENTION HRG**
Time in Court Prelim/Det: 2/11

☐ **DETENTION HRG ONLY**
☐ **REMOVAL HRG**

APPEARANCES:

Plaintiff: Michael Cheever, Assistant U.S. Attorney
Defendant: Manny Atwal
☒ FPD ☐ CJA ☐ Retained ☐ Appointed

Interpreter / Language:

**True Name if different from charging instrument:** [True Name if diff]
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:** [Clerk chg nm to]

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☐ **Charges from other District** [Frm Another District]

**Defendant waived his right to a preliminary revocation hearing.**

☒ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence
or
☐ Bond set in the amount of $25,000 unsecured with conditions, see Order Setting Conditions of Release.

☒ Deft. bound over to District Court of Minnesota **for final revocation hearing February 15, 2008 at 3:30 p.m. before Judge Davis**

Additional Information:

s/Cathy Orlando
Signature of Judicial Assistant