UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-71(03) (MJD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | |
| MICHAEL JAMES LABINE Defendant. | ) | |

This matter came before the Court on February 6, 2008, for a preliminary hearing on alleged violations of the defendant's probation conditions and a hearing on the motion of the United States for an Order of Detention. The defendant was present and represented by his attorney, Manny Atwal, Assistant Federal Defender. The United States was represented by Assistant United States Attorney Michael L. Cheever.

The defendant waived his right to a preliminary hearing pursuant to Rule 32.1(b)(1) of the Federal Rules of Criminal Procedure. The Court found there was probable cause to believe the defendant violated the terms of his probation and bound the defendant over for a final revocation hearing before District Judge Michael J. Davis.

With respect to the issue of detention, based upon the arguments of counsel and all the files, records, and proceedings herein, the Court concludes the defendant has not shown by clear and convincing evidence that he does not pose a danger to any other

person or the community if released. Accordingly, the Court will grant the government's motion for detention.

**FINDINGS OF FACT**

The defendant is alleged to have violated the terms of his probation. By a petition dated January 17, 2008, the Probation Office alleges that on December 29, 2007, the defendant committed the offense of driving after his license was revoked. This was the defendant’s seventh such offense in approximately the last two years, each of which was committed while the defendant was on probation. The Probation Office further alleges that the defendant did not advise his Probation Officer of the most recent charge within 72 hours as required by the conditions of his probation. The defendant does not dispute his violation of these conditions of his probation.

The defendant was convicted in this District of possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1). He was sentenced on September 17, 2003, to 5 years probation. Among the terms of his supervised release were requirements that he not commit another federal, state, or local crime and that he advise his probation officer within 72 hours of arrest or questioning by a law enforcement officer. The Defendant was supervised by the Probation Office in the District of Minnesota.

**DISCUSSION**

Pursuant to Federal Rules of Criminal Procedure 32.1(a)(6) and 46(c) and Title 18, United States Code, Section 3143, a defendant may be released pending a final revocation hearing if he makes a clear and convincing showing that he is not likely to flee or pose a danger to another person or the community. The Court finds the defendant has not made this showing in this case with respect to danger to other persons and the community.

There is probable cause to believe the defendant violated the terms of his probation by driving after revocation and failing to advise the Probation Office of his contact with law enforcement regarding the matter within 72 hours. The Court therefore concludes detention is warranted. Accordingly,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of defendant is granted;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States

Marshal for the purpose of appearance in connection with a court proceeding.

Dated: February 7, 2008

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge