A0 442 (Rev. 5/93) Warrant for Arrest

FEB 05 2008

U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

0841-0118-0473-D

CASE NUMBER: **CR 02-071 (3) MJD/FLN**

Michael James LaBine

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Michael James LaBine

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Probation

Ordered by: Michael J. Davis, United States District Court Judge.

Lori Sampson

January 18, 2008 at Minneapolis, MN

(By) Lori Sampson, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 2-4-08
ARRESTED BY Self-Surrender
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ___

SCANNED
FEB 8 2008
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 5/17/07