**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FINAL REVOCATION HEARING

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. )
)
Michael James LaBine (3), )
)
Defendant. )
)

**COURT MINUTES - CRIMINAL**
BEFORE: Michael J. Davis
U.S. District Judge

| | |
|---|---|
| Case No: | 02-cr-71 (3) (MJD/FLN) |
| Date: | February 15, 2008 |
| Court Reporter: | Ron Moen |
| Time Commenced: | 3:45 p.m. |
| Time Concluded: | 4:00 p.m. |
| Time in Court: | 15 Minutes |

APPEARANCES:

Plaintiff: Mike Cheever, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Defender

PROCEEDINGS:

☒ **Revocation of Probation- Final Hearing.**
☒ Defendant admits allegations.

ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Defendant is sentenced to 60 days to the care and custody of the BOP . No supervised release by this court, after time served.
☒ Written order to be issued.

Date: February 15, 2008

s/KW
Calendar Clerk to Judge Michael J. Davis