**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FINAL REVOCATION HEARING

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. )
)
Michael James LaBine (3), )
)
Defendant. )
)

**AMENDED: COURT MINUTES - CRIMINAL**
BEFORE: Michael J. Davis
U.S. District Judge

Case No: 02-cr-71 (3) (MJD/FLN)
Date: February 15, 2008
Court Reporter: Ron Moen
Time Commenced: 3:45 p.m.
Time Concluded: 4:00 p.m.
Time in Court: 15 Minutes

APPEARANCES:

Plaintiff: Mike Cheever, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Defender

PROCEEDINGS:

☒ **Revocation of Probation- Final Hearing.**
☒ Defendant admits allegations.

ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Defendant is sentenced to 90 days to the care and custody of the BOP . Scott County, with work release privileges.
☒ Written order to be issued.

Date: February 15, 2008

s/KW
Calendar Clerk to Judge Michael J. Davis