UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 02-71 (3) (MJD/FLN)

---

United States of America,

Plaintiff,

v.

Michael James LaBine,

Defendant

ORDER

---

Defendant was sentenced on February 15, 2008 to 90 days of community confinement in Scott County Jail. Defendant was not given credit for his time served prior to the hearing on February 15, 2008.

IT IS HEREBY ORDERED that the defendant has served his 90 days as of May 3, 2008. Defendant shall be released from custody on May 3, 2008. No further supervision to follow.

Dated: May 2, 2008

s/Michael J. Davis
Michael J. Davis
United States District Court Judge